# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>　Plaintiff,<br><br>　v.<br><br>ZAXBY'S FRANCHISING LLC<br><br>　Defendant | Civil Action No. 2:24-cv-00056-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Analytical Technologies ("Plaintiff") respectfully submits this Motion for a 14-day Extension of Time to Respond to Zaxby's Franchising LLC's ("Zaxby's") Motion to Dismiss, filed at Docket 12.

Plaintiff's Response is currently due April 29, 2024.

Good cause exists for Plaintiff to extend these deadlines given that Randall Garteiser was just added as lead counsel last week, and previous counsel intends to withdraw. Mr. Garteiser thus needs time to be brought up to speed on the case. The present request is not offered for the purpose of delay or advantage.

Counsel for Plaintiff has conferred with counsel for Defendant, and both have agreed to extend the deadline for Plaintiff to respond to the Motion to May 13, 2024.  That extended, the Joint Letter regarding 35 U.S.C. § 101 will be extended similarly to May 9, 2024.

Dated:  April 29, 2024 Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on April 29, 2024.

*/s/ Randall Garteiser*
Randall Garteiser
