**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br>*Plaintiff*,<br>v.<br>JACK IN THE BOX INC,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00052-JRG-RSP<br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br>*Plaintiff*,<br>v.<br>ZAXBY'S FRANCHISING LLC,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00056-JRG-RSP<br>(Member Case) |

**ORDER**

Before the Court is the Joint Motion for Dismissal (the "Motion") filed by Analytical Technologies, LLC and Zaxby's Franchising LLC. (Dkt. No. 37.) In the Motion, the Parties stipulate to the dismissal of the above-captioned Member Case with prejudice. (*Id.* at 1.)

In light of the Motion, the Court **ACCEPTS AND ACKNOWLEDGES** that all pending claims and causes of action in Member Case No. 2:24-cv-00056 are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the Member Case No. 2:24-cv-00056 not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So Ordered this**

**Nov 15, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE